**No. 09-8316. Kendrick Stafford, Petitioner v. Florida.**

559 U.S. 980, 130 S. Ct. 1706, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2062.

March 1, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fourth District, denied.

Same case below, 13 So. 3d 1067.

**No. 09-8317. Charles F. Tucker, Petitioner v. Georgia.**

559 U.S. 980, 130 S. Ct. 1706, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2137, 

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 09-8338. Stanley E. Jalowiec, Petitioner v. Margaret Bradshaw, Warden.**

559 U.S. 980, 130 S. Ct. 1707, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2050.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8354. Addolfo Davis, Petitioner v. Illinois.**

559 U.S. 980, 130 S. Ct. 1707, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2117.

March 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 388 Ill. App. 3d 869, 328 Ill. Dec. 387, 904 N.E.2d 149.

**No. 09-8357. Steven Leath, Petitioner v. United States.**

559 U.S. 980, 130 S. Ct. 1707, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2040, 

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-8362. Abram L. Payan, Petitioner v. Nebraska.**

559 U.S. 981, 130 S. Ct. 1708, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2147.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 277 Neb. 663, 765 N.W.2d 192.

**No. 09-8373. Kareem Smith, Petitioner v. David Napoli, Superintendent, Southport Correctional Facility.**

559 U.S. 981, 130 S. Ct. 1708, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2031.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 347 Fed. Appx. 695.

**No. 09-8417. Wayne Anthony Beckford, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 981, 130 S. Ct. 1708, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2011, 

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8418. Sparkey Darnez Watson, Petitioner v. Mississippi.**

559 U.S. 981, 130 S. Ct. 1708, 176 L. Ed. 2d 195, 2010 U.S. LEXIS 2141.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 19 So. 3d 747.